No. 69642.—Williams & Rosenbaum, Inc. v. United States, protest 60/13517 (Boston).

486

Opinion by OLIVER, J. In accordance with stipulation of counsel that the merchandise consists of glass paperweights similar in all material respects to those the subject of Abstract 64185, the claim of the plaintiff was sustained.